Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 14–13773–SLM
                                      Chapter:  13
                                      Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raul Febles                                           Diane M. Febles
   aka Raul Febles–Torres                      3531 Charles Court
   3531 Charles Court                            North Bergen, NJ 07047
   North Bergen, NJ 07047

Social Security No.:
   xxx–xx–1037                                       xxx–xx–0560

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on January 21, 2015.

    On 1/17/17 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  February 22, 2017
Time:                09:00 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 23, 2017
JAN: clb

                                                                                    Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-13773-SLM
Raul Febles                                                             Chapter 13
Diane M. Febles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Jan 23, 2017
                             Form ID: 185             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db/jdb         +Raul Febles,    Diane M. Febles,   3531 Charles Court,    North Bergen, NJ 07047-2311
cr             +Embrace Home Loans, Inc.,   c/o LoanCare, LLC,    3637 Sentara Way,
                 Virginia Beach, VA 23452-4262
cr             +JPMorgan Chase Bank, N.A.,   201 N. Central Avenue, Fl. 7,    Phoenix, AZ 85004-1071
lm              Loancare Servicing Ctr,    Interstate Corp Cntr Bld 9,    Norfolk, VA   23502
514755970      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514564777      +Amex Dsnb,    Po Box 8218,   Mason, OH 45040-8218
514564778     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998)
514564779      Bank Of America,    De5-019-03-07,   Newark, DE 19714
514564780     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
514564781      +Cap1/bstby,   PO Box 30253,    Salt Lake City, NJ 84130-0253
514878252       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514564782      +Chase,   201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
514564783      +Chase Auto,    600 Community Drive,   Manhasset, NY 11030-3802
514564784      +Citi,   701 E 60th St B,    Sioux Falls, SD 57104-0493
514819125      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
514564785      +Cmre Financial Svcs In,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
514564786      +Department Of Taxation And Finance,    ATTN: Office Of Counsel,
                 Building 9, W.A. Harriman Campus,    Albany, NY 12227-0001
514623101      +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514623160      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514564788      +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
514727526      +Embrace Home Loans, Inc.,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,
                 Mt. Laurel, NJ 08054-4318
514571430      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
514564789      +Fnb Omaha,    Po Box 3412,   Omaha, NE 68103-0412
514564792      +H N Y, Inc.,    27 West 38th Street,   New York, NY 10018-5518
514722097       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 29505-AZ1-1191,
                 Phoenix, AZ 85038-9505
514564794       Loancare Servicing Ctr,    Interstate Corp Cntr Bld,    Norfolk, VA  23502
515434837      +NJCLASS,    PO BOX 548,   TRENTON,NJ 08625-0548
514564795      +Paul Michael Marketing,    15916 Union Tpke Ste 302,    Flushing, NY 11366-1955
514564796      +Pulse, Becker & Saltzman, Llc,    20000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4318
514564797      +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
514564798      +Solomon And Solomon, P.C.,    Five Columbia Circle,    Albany, NY 12203-6374
514564799      +State Of Nj Student As,    4 Quakenbridge Plz,    Trenton, NJ 08619-1241
514695528      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514564800      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
514564801      +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
514564802      +Travis P. Febles,    3531 Charles Court,    North Bergen, NJ 07047-2311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2017 23:58:50     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2017 23:58:47    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514576223       E-mail/Text: mrdiscen@discover.com Jan 23 2017 23:57:55     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
514564787      +E-mail/Text: mrdiscen@discover.com Jan 23 2017 23:57:55     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
514564790      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2017 23:56:26     Gecrb/sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
514564791       E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2017 23:55:50     Gecrb/walmart,   Po Box 965024,
                 El Paso, TX  79998
514564793      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 23 2017 23:58:09     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
514843999       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 00:13:17
                 Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,    Norfolk VA 23541
514802649       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2017 23:56:18
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
515905876      +E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2017 23:58:41
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
514703986       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2017 23:58:41
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 11
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jan 23, 2017
                              Form ID: 185             Total Noticed: 47


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516390539*     +Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
515905875*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516390538*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
              Christopher J. Balala    on behalf of Joint Debtor Diane M. Febles cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Christopher J. Balala    on behalf of Debtor Raul  Febles cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Raul  Febles dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Joint Debtor Diane M. Febles dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor   Embrace Home Loans, Inc. dnj@pbslaw.org
              Steven K. Eisenberg    on behalf of Creditor   Embrace Home Loans, Inc. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                               TOTAL: 9
```