Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−13773−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Raul Febles | Diane M. Febles |
| aka Raul Febles−Torres | 3531 Charles Court |
| 3531 Charles Court | North Bergen, NJ 07047 |
| North Bergen, NJ 07047 | |

Social Security No.:
  xxx−xx−1037                                       xxx−xx−0560

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 8, 2017</u>              <u>Stacey L. Meisel</u>
                                      Judge, United States Bankruptcy Court